**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Baur,

Plaintiff,

v. Civil No. 01-258 (MJD/JGL)

E.W. Blanch Holdings, et. al.,

Defendants.

---

Hauenstain,

Plaintiff,

v. Civil No. 01-464 (DWF/AJB)

E.W. Blanch Holdings, et. al.,

Defendants.

---

ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE

Case number 01-258 having been assigned to Judge Michael J. Davis and case number 01-464 having later been assigned to Judge Donovan W. Frank, and said matters being related cases,

IT IS HEREBY ORDERED that case number 01-464 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the securities list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: March 26, 2001

Michael J. Davis
JUDGE MICHAEL J. DAVIS
United States District Court

Dated: March 26th, 2001

JUDGE DONOVAN W. FRANK
United States District Court

FILED MAR 27 2001
DOSAL CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order for Reassignment of Related Cases, this case is reassigned to Judge Michael J. Davis and Magistrate Judge Jonathan G. Lebedoff.

NEW CASE NUMBER CIVIL 01-464 MJD/JGL

Use this case number for all further filings.